# Exhibit 01

SHOP LIL BABY X WHO DECIDES WAR $20 OFF ORDERS $100+ WITH CODE 'COMPLEXSHOP25' SHOP LIL BABY X WHO DECIDES WA






# The Shoe Surgeon Issues Statement in Response to Nike Lawsuit

After the brand sued the customizer for unapproved use of its trademarks and bootlegging its designs.

VICTOR DENG

JULY 22, 2024

SHARE COMMENT




*VIA THE US DISTRICT COURT*




Got something to say?

JOIN THE CONVERSATION

Less than a month after being hit with a lawsuit from Goyard over the alleged misuse of the luxury leather brand's signature canvas materials, customizer Dominic Ciambrone, a.k.a. the Shoe Surgeon, is now facing legal action from Nike, which is accusing him of using its trademarks without authorization.

News of Nike's litigation against the Shoe Surgeon was first reported by Sneaker Legal on Instagram.

Nike filed a lawsuit against the Shoe Surgeon in the Southern District of New York on Monday. In the complaint, the brand accuses Ciambrone's businesses of using Nike trademarks, counterfeiting, and unauthorized wholesale usurpation of the Nike brand. Nike says the Shoe Surgeon's work is misleading to consumers, who might wrongly believe his designs are legitimate Nike collaborations.

Some of the silhouettes named in the filing include the Nike Air Force 1, the Air Jordan 1, the Air Jordan 3, and the Air Jordan 4.

"As detailed herein, this is not a case concerning only Ciambrone's large-scale infringement of Nike's rights through his 'Shoe Surgeon' customization business," the lawsuit reads. "Rather, Nike seeks to enjoin Ciambrone and the other defendants in their attempts to build an entire multifaceted retail empire through their unauthorized use of Nike's trademark rights and the associated goodwill that Nike spent decades accruing."

In the filing, Nike says that it attempted on multiple occasions to resolve the alleged violations outside of the courtroom. Several times, the complaint says, the infringing products were removed from the Shoe Surgeon's website but returned at a later date.

Ciambrone and his company did not respond to a request for comment on the lawsuit.

The Nike complaint mentions the Shoe Surgeon Academy, which is a physical brick-and-mortar operation that teaches individuals how to create custom Nike-branded shoes from scratch.



In the filing, Nike says that it attempted on multiple occasions to resolve the alleged violations outside of the courtroom. Several times, the complaint says, the infringing products were removed from the Shoe Surgeon's website but returned at a later date.

Ciambrone and his company did not respond to a request for comment on the lawsuit.

The Nike complaint mentions the Shoe Surgeon Academy, which is a physical brick-and-mortar operation that teaches individuals how to create custom Nike-branded shoes from scratch.

In the filing, the brand includes multiple examples of Shoe Surgeon's trademark-infringing products, including unauthorized versions of the coveted Dior x Air Jordan 1 and the "Tiffany & Co. Air Force 1 Low.




*NIKE'S LAWSUIT COMPARES ITS OWN, OFFICIAL DIOR COLLABORATION TO THE SHOE SURGEON'S VERSION. VIA UNITED STATES DISTRICT COURT*






Nike is seeking compensation for the damages relating to "over 30 Nike trademarks, totaling over $60 million dollars, or the profits the defendant generated from counterfeiting, trebled, along with attorneys' fees."

In a conversation with Complex, Nike stressed that it's tried to resolve its issues with Ciambrone outside of the courtroom. Nike's issues stem from not from Ciambrone's one-off customs, but rather his larger-scale production of sneakers based on Nike's. The brand says the Shoe Surgeon ramped up his operations after failing to come to an agreement with Nike.

Reached for comment, Nike provided Complex with a long statement on the lawsuit. It appears in full below:

*"Our goal is to make sure consumers are not misled and have access to authentic Nike, Inc. products that are authorized and created according to our high standards with the performance benefits they expect. It is unfortunate that after many attempts to resolve this matter privately, we've had to take legal action against the Shoe Surgeon for counterfeiting, mass customization, and trademark infringement. In order to safeguard our brand and IP, and aligned with Nike's commitment to protect the consumer from counterfeit Nike product, we are left with no choice but to seek a legal solution to address how the Shoe Surgeon is constructing counterfeit 'Nike' footwear from scratch and selling it as officially branded product. Further, the Shoe Surgeon is teaching others to create counterfeit 'Nike' sneakers. These activities are illegal, deceive consumers, and create confusion in the marketplace around source, authenticity, and quality of Nike products.*

*"We valued our relationship with the Shoe Surgeon and do not have any issues with the limited, one-of-one customization he's been doing for us or his clients, when allowed under Nike-sponsored athletes' contracts. In fact, we value opportunities for our athletes, consumers and partners to express themselves through their own style and creativity."*

**UPDATE (07/22):** The Shoe Surgeon has officially issued a statement regarding its lawsuit from Nike, which appears directly below:

*"It's a dream to collaborate with legendary brands. Especially with the brand who tells us to believe in something. Who tells us it's only crazy until we do it. Tells us the best is yet to come. Tells us to be better. To just do it.*

**UPDATE (07/22):** The Shoe Surgeon has officially issued a statement regarding its lawsuit from Nike, which appears directly below:

*"It's a dream to collaborate with legendary brands. Especially with the brand who tells us to believe in something. Who tells us it's only crazy until we do it. Tells us the best is yet to come. Tells us to be better. To just do it.*

*We are confused Nike has chosen litigation over a discussion, but we are confident with proper dialogue and collaboration we can resolve this with the new management team and turn it into a win for the culture.*

*Creating defines us. Our pursuit of greatness is the soul of every creation and authenticity is stitched into our DNA.*

*Where there is unity, there is victory."*

## RELATED NEWS

*Creating defines us. Our pursuit of greatness is the soul of every creation and authenticity is*

*stitched into our DNA.*

*Where there is unity, there is victory."*

## RELATED NEWS





## RELATED NEWS





COMPLEX NOW STREAMING ×