

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Tamar Y. Duvdevani
tamar.duvdevani@us.dlapiper.com
T  212.335.4799
F  917.778.8799

February 3, 2025
*Via* ECF

The Honorable Naomi Reice Buchwald, U.S.D.J.
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Nike, Inc. v. S2, Inc. et al.,* USDC SDNY Case No. 1:24-cv-05307-NRB

Dear Judge Buchwald:

Pursuant to the Court's December 5, 2024 Civil Case Management Plan and Scheduling Order, (Dkt. No. 40, the "Order"), plaintiff Nike, Inc. ("Nike") and defendants S2 Services Inc., Surgeon Worldwide, Inc., Dominic Chambrone a/k/a Dominic Ciambrone, and Dallas Imbimbo (the "Shoe Surgeon," and together with Nike, the "Parties") respectfully submit this joint status update.

The Parties are engaged in fact discovery (while prioritizing certain discovery as per the Court's suggestion). The Shoe Surgeon timely responded to Nike's First Sets of Requests for Production, Interrogatories, and Requests for Inspection on January 27 and January 29, respectively. Nike will timely respond to the Shoe Surgeon's First Sets of Requests for Production, Interrogatories, and Requests for Admission by February 7, 2025. The Shoe Surgeon also anticipates responding to Nike's Second Set of Interrogatories that same day.

Nike filed its partial motion to dismiss the Shoe Surgeon's defamation counterclaim on January 21, 2025. (ECF No. 45.) For the reasons stated in Nike's opening brief, Nike believes that the Parties should agree to stay discovery on that counterclaim pending resolution of the motion. (*Id.* at 18-19, n.8.) On January 31, 2025, The Shoe Surgeon notified Nike that it will amend its counterclaim per Rule 15, rather than oppose Nike's pending motion. The Parties will continue to confer on Nike's proposal to partially stay discovery on defamation should Nike move to partially dismiss The Shoe Surgeon's forthcoming amended counterclaim.

The Parties thank the Court for its attention to this matter.

```
Application granted.  Nike's pending motion to dismiss, ECF No. 45, is denied as moot.
SO ORDERED.
```

*[signature: Naomi Reice Buchwald]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:     February 4, 2025
           New York, New York

Hon. Naomi Reice Buchwald
January 31, 2025
Page Two

                                                              Respectfully submitted,

/s/ *Tamar Y. Duvdevani*                     */s/ Meredith L. Williams*

Tamar Y. Duvdevani                          Meredith L. Williams
Marc E. Miller                                   mwilliams@rutan.com
Joshua Schwartzman                       Michael D. Adams
Gabrielle Chasin Velkes                   madams@rutan.com

DLA PIPER LLP (US)                       RUTAN & TUCKER, LLP
1251 Avenue of the Americas 27th Fl.    18575 Jamboree Road, 9th Floor
New York, New York 10020-1104        Irvine, California 92612
Telephone: (212) 335-4799               Telephone: (714) 641-5100
tamar.duvdevani@us.dlapiper.com
marc.miller@us.dlapiper.com
joshua.schwartzman@us.dlapiper.com   Michael R. Yellin, Esq.
gabrielle.velkes@us.dlapiper.com        COLE SCHOTZ P.C.
                                                   1325 Avenue of the Americas
*Attorneys for Plaintiff Nike, Inc.*           19th Floor
                                                     New York, NY 10019
                                                     (212) 752-8000
                                                     E-mail: myellin@coleschotz.com

                                                     ZAKARI A. KURTZ
                                                     NY Attorney No. 5242946
                                                     Sneaker Law Firm PLLC,
                                                     dba Sneaker & Streetwear Legal Services
                                                     928 Washington St. Baldwin, NY 11510
                                                     Phone (540)-230-2965
                                                     Email: zak@sneakerlawfirm.com

                                                     *Attorneys for Defendants S2 Services, Inc.;*
                                                     *Surgeon Worldwide, Inc. d/b/a The Shoe*
                                                     *Surgeon; Dominic Chambrone a/k/a*
                                                     *Dominic Ciambrone, and Dallas Imbimbo*

cc: All Counsel of Record via ECF